## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| NORMAN TIMBERLAKE, | ) | |
|           Petitioner, | ) | |
| v. | ) | No. 1:06-cv-01841-RLY-TAB |
| ED BUSS, | ) | |
|           Respondent. | ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**


Date: 1/9/07

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

/s/Christina L. Leighty
By: Deputy Clerk


Distribution:

Stephen R. Creason, stephen.creason@atg.in.gov
Brent Westerfeld, bwesterfeld@wkelaw.com

Lorinda Meier Youngcourt
EVANS & YOUNGCOURT
P O Box 206
Huron, IN 47437-0206